**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR F. MUNOZ, | NO. CV 17-8541-RGK(E) |
| Petitioner, | |
| v. | JUDGMENT |
| GREGORY TOTTEN, | |
| Respondent. | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 31, 2018.

/s/ Gary Klausner
GARY KLAUSNER
UNITED STATES DISTRICT JUDGE